IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 21-CR-40052-JPG |
| | ) | |
| DUSTIN R. MEZO, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Comes now the United States of America, by and through its attorneys, Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and George A. Norwood, Assistant United States Attorney, together with the defendant, DUSTIN R. MEZO, and his counsel of record, Calen Campanella, and herewith enter into the following stipulation of facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the defendant's relevant conduct.

### Count 1

From on or about December 2020, until on or about June 2021, in Jackson, Williamson, and Alexander Counties, within the Southern District of Illinois, the Defendant and others agreed to commit a crime - the distribution of methamphetamine.

During the course of the conspiracy, the Defendant was obtaining dealer amounts of methamphetamine from co-conspirator J.V. and then redistribute the methamphetamine. Court-authorized wiretaps showed the Defendant obtaining methamphetamine from J.V. on a "front" (J.V. would give the drugs to the Defendant on credit, and the Defendant would sell the drugs and then pay J.V. back after the drugs had been sold). For example, an intercepted phone call on

1

April 14, 2021, indicated that the Defendant was going to pay J.V. $2,000 ("2 bands") for methamphetamine already fronted to the Defendant, and the Defendant was going to receive another 4 ounces of methamphetamine from J.V. to sell.

The Defendant would sometimes advise J.V. that the Defendant already had a customer waiting to purchase the methamphetamine. The Defendant and J.V. both knew that the Defendant was obtaining the methamphetamine from J.V. for the purpose of the Defendant redistributing the methamphetamine to the Defendant's customers.

In addition, the Defendant also was receiving methamphetamine from co-conspirator Taylor on a front. The Defendant and Taylor both knew that the Defendant was obtaining the methamphetamine from Taylor for the purpose of the Defendant redistributing the methamphetamine to the Defendant's customers.

Williamson, Jackson, and Alexander Counties are within the Southern District of Illinois.

This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea and is not an exhaustive account of the Defendant's involvement in this criminal activity.

_____  
DUSTIN R. MEZO  
Defendant

_____  
Calen Campanella  
Attorney for Defendant

Date: January 13, 2023

RACHELLE AUD CROWE  
United States Attorney

_____  
George Norwood  
Assistant United States Attorney

Date: 1/19/23